UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DARRELLYN QUIANA PETTY,<br><br>       Plaintiff,<br>v.<br><br>J.D. BYRIDER SYSTEMS, LLC d/b/a<br>CARNOW ACCEPTANCE COMPANY<br>a/k/a CNAC<br><br>       Defendant. | Case No: 1:17-cv-02520-SEB-DML<br><br>Honorable Sarah E. Barker |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, DARRELLYN QUIANA PETTY ("Plaintiff"), by and through her attorneys, SULAIMAN LAW GROUP, LTD., having filed with this Court her Notice of Voluntary Dismissal without Prejudice and the Court having reviewed same, now finds that this matter should be dismissed.

IT IS THEREFORE ORDERED by this Court that the above cause of action is hereby dismissed, without prejudice.

DISTRIBUTION:

Dated: 8/18/2017

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution to counsel of record via CM/ECF